PEOPLE *v.* ROBINSON

Appeal from Wayne, George T. Martin, J. Submitted Division 1 May 27, 1969, at Grand Rapids. (Docket No. 5,265.) Decided June 23, 1969.

Joe L. Robinson was convicted, on his plea of guilty, of larceny of property exceeding a value of $100. Defendant appeals. Affirmed.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *William L. Cahalan,* Prosecuting Attorney, *Samuel J. Torina,* Chief Appellate Lawyer, and *Arthur N. Bishop,* Assistant Prosecuting Attorney, for the people.

*Lawrence MacDonald (Burgess & Burgess,* of counsel), for defendant on appeal.

BEFORE: FITZGERALD, P. J., and R. B. BURNS and HOLBROOK, JJ.

PER CURIAM. Defendant pled guilty to larceny of property exceeding the value of $100 in violation of MCLA § 750.356 (Stat Ann 1969 Cum Supp § 28.588). On January 16, 1968, the trial court sentenced defendant to a 3 to 5 year prison term.

Defendant appealed as of right and filed a brief contending that the plea was not accepted in con-

formity with GCR 1963, 785.3(2) and MCLA § 768.35 (Stat Ann 1954 Rev § 28.1058). The people have filed a motion to affirm. GCR 1963, 817.5(3).

A review of the record demonstrates that the plea was properly accepted.

Motion to affirm is granted.